IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| **EDWARD KIAUNIS, individually and on behalf of all persons similarly situated,** )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>**MONRO, INC., d/b/a Monro Auto Service and Tire Center** )<br>)<br>)<br>*Defendant*. ) | Civil Action No. 2:21-cv-00494 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Named Plaintiff Edward Kiaunis ("Plaintiff" or "Kiaunis") hereby moves for preliminary approval of the Class Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendant Monro, Inc., d/b/a Monro Auto Service and Tire Center ("Defendant" or "Monro"). Plaintiff respectfully moves the Court, without opposition by Defendant, to grant the following relief:

1. Preliminarily approve the Agreement, a true and correct copy of which is attached hereto as **Exhibit B**;

2. Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All Monro employees and former employees employed in Virginia between July 1, 2021 and the date of Preliminary Approval who were paid on a flat rate unit and were not compensated for overtime, and who are eligible for a settlement payment pursuant to the Settlement Agreement (the "Virginia Class").

  3. Approve the settlement of the Settlement Class' claims under Virginia Law and ERISA;

  4. Preliminarily approve Plaintiff as representative of the Settlement Class;

  5. Preliminarily approve Goodley McCarthy LLC as Class Counsel for the Settlement Class;

  6. Preliminarily approve RG2 Claims Administration as Settlement Administrator;

  7. Preliminary approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Nine Thousand Dollars ($9,000.00);

  8. Approve the Settlement Notice, true and correct copies of which are attached hereto as **Exhibit 1**; and

  9. Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Agreement and Proposed Order.

Dated: <u>June 3, 2022</u>          Respectfully Submitted,

                   GOODLEY McCARTHY LLC

<u>/s/ James E. Goodley</u>
James E. Goodley (ID No. 87573)
Ryan P. McCarthy (*pro hac vice*)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

*Attorneys for Plaintiff and the Settlement Class*