## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **EDWARD KIAUNIS**, individually and on behalf of all persons similarly situated, )))) | |
| *Plaintiff*, ) ) | |
| v. ) ) ) | Civil Action No. 2:21-cv-00494 |
| **MONRO, INC.**, d/b/a Monro Auto Service and Tire Center ))) ) | |
| *Defendant*. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>

Named Plaintiff Edward Kiaunis ("Plaintiff" or "Kiaunis") hereby moves for final approval of the Class Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendant Monro, Inc., d/b/a Monro Auto Service and Tire Center ("Defendant" or "Monro"). Plaintiff respectfully moves the Court, without opposition by Defendant, to grant the following relief:

1. Finally approve the settlement agreement.

2. Finally certify under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All Monro employees and former employees employed in Virginia between July 1, 2021 and the date of Preliminary Approval who were paid on a flat rate unit and were not compensated for overtime, and who are eligible for a settlement payment pursuant to the Settlement Agreement (the "Virginia Class").

    3.       Finally approve Plaintiff as representative of the Settlement Class, and a $10,000 service award for his service to the Settlement Class.

    4.       Finally approve Goodley McCarthy LLC as Class Counsel for the Settlement Class.

    5.       Finally approve Class Counsel's attorneys' fees and costs of $83,333.33.

    6.       Finally approve RG2 Claims Administration as Settlement Administrator

    7.       Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed $9,000.00.

    8.       Dismiss this action with prejudice, subject to the Court maintaining jurisdiction over enforcement of the settlement.

Dated: October 12, 2022                            Respectfully Submitted,

                                                        GOODLEY McCARTHY LLC

/s/ James E. Goodley
James E. Goodley (ID No. 87573)
Ryan P. McCarthy (*pro hac vice*)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

*Attorneys for Plaintiff and the Settlement Class*