IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EDWARD KIAUNIS, individually )
and on behalf of all persons )
similarly situated, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 2:21-cv-00494
)
)
MONRO, INC., d/b/a Monro Auto )
Service and Tire Center )
)
Defendant. )

## ORDER

AND NOW, this 15th day of November, 2022, upon consideration of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is final approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2).

2. For purposes of settlement the following "Settlement Class" is final certified under Fed. R. Civ. P 23(A), (b)(3) and (e)(2):

    All Monro employees and former employees employed in Virginia between July 1, 2021 and the date of Preliminary Approval who were paid on a flat rate unit and were not compensated for overtime, and who are eligible for a settlement payment pursuant to the Settlement Agreement

3. Plaintiff Kiaunus is finally approved as representative of the Settlement Class.

4. A $10,000 service award for Plaintiff is finally approved for his service to the Settlement Class.

5. Goodley McCarthy LLC ("GM") is finally approved as Class Counsel for the Settlement Class.

6. Class Counsel's attorney fees and litigation costs in the amount of $83,333.33 are finally approved.

7. RG2 Claims Administration is finally approved as the Settlement Administrator.

8. The Settlement Administrator's costs of claims administration are finally approved, in an amount not to exceed $9,000.

9. This action is **DISMISSED WITH PREJUDICE**, subject to the Court maintaining jurisdiction over enforcement of the settlement.

BY THE COURT:
/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH, J.